UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:12-CR-149-F

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| BRIAN THOMAS STICKNEY, ) | |
| Defendant. ) | |

This matter is before the court on the parties' joint motion to stay entry of the order of restitution, which the parties made in open court at the Defendant's sentencing on February 20, 2014. The parties request that the court stay entry of the order of restitution pending the United States Supreme Court decision in *Paroline v. United States*, No. 12-8561. The motion is ALLOWED and the court hereby STAYS the restitution order pending the *Paroline* decision. Within forty-five days of the Supreme Court's decision in *Paroline*, the parties shall submit memoranda addressing the appropriate restitution amount for this Defendant in light of *Paroline*. Any applicable limitations period for entering a deferred order of restitution, under 18 U.S.C. § 3664(d)(5) or any other provision of law, is hereby equitably tolled pending issuance of the *Paroline* decision, the forty-five day period for counsel to submit briefs, and any period of consideration by the court.

SO ORDERED.

This the 28th day of February, 2014.

                                                                         JAMES C. FOX
                                                                         Senior United States District Judge