UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:12-CR-149-F

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | RESTITUTION ORDER |
| | ) | |
| BRIAN THOMAS STICKNEY, | ) | |
| Defendant. | ) | |

This matter is before the court on the parties' joint motion to exclude restitution in this case [DE-30]. At the Defendant's sentencing, the parties requested that the court equitably toll the 90-day limitation period for entry of a deferred order of restitution, 18 U.S.C. § 3664, pending the Supreme Court's opinion in *Paroline v. United States*, 134 S. Ct. 1710 (2014). The parties' current motion indicates that the victims have withdrawn their restitution requests. Accordingly, the need for a deferred order of restitution is now moot. The current judgment [DE-27] reflects that the Defendant does not owe restitution in this case and the court sees no need to issue an amended judgment in these circumstances. For purposes of clarity, it is hereby ORDERED that Brian Thomas Stickney does not owe restitution in case number 5:12-CR-149-F. The joint motion to exclude restitution [DE-30] is ALLOWED.

SO ORDERED.

This the 21st day of May, 2014.

JAMES C. FOX
Senior United States District Judge